JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA OZUNA,<br><br>      Plaintiff,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | No. 2:23-cv-09059-BFM<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Hon. Brianna Fuller Mircheff<br>United States Magistrate Judge |

1

Upon consideration of the Stipulation for Dismissal with Prejudice (the "Stipulation") entered into by Plaintiff Ana Ozuna and Defendant the United States of America (collectively, "Parties"), and for good cause shown,

**IT IS HEREBY ORDERED** that:

1. The Stipulation is approved;
2. This case is dismissed with prejudice; and
3. Each party shall each bear their own costs, fees, and expenses.

Date: April 9, 2024

_____
Hon. Brianna Fuller Mircheff
United States Magistrate Judge